Bennett, Giuliano, McDonnell & Perrone, LLP
Attorneys for Plaintiff ATL Shipping Ltd.
494 Eighth Avenue, 7th Floor
New York, New York 10001
Telephone:   (646) 328-0120
Facsimile:    (646) 328-0121
Matthew J. Cowan (MC 1481)
mcowan@bgmplaw.com

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SEA SUCCESS MARITIME INC.,

        Plaintiffs,

- against -

INTERNATIONAL HANDYBULK CARRIERS LTD.
d/b/a IHC LTD. BVI and
PACIFIC BASIN IHC LTD.
d/b/a PACIFIC BASIN SHIPPING (HK) LTD.,

        Defendants.
------------------------------------------------------------------X

> USDC SDNY
> DOCUMENT
> ELECTRONICALLY FILED
> DOC #: _____
> DATE FILED: _____

08-CV- 7011

**ORDER FOR APPOINTMENT
TO SERVE PROCESS OF
MARITIME ATTACHMENT
AND GARNISHMENT**

Plaintiff, having moved for an Order pursuant to Fed. R. Civ. P. Rule 4(c) appointing Matthew J. Cowan or any other person appointed by Bennett, Giuliano McDonnell & Perrone, LLP, to serve process of attachment and garnishment in this matter, and it appearing from the affidavit of Matthew J. Cowan, Esq., that such appointment will result in substantial economies in time and expense,

**NOW,** on motion of Bennett, Giuliano, McDonnell & Perrone, LLP, attorneys for plaintiff, it is

**ORDERED** that Matthew J. Cowan or any other person at least 18 years of age and not a party to this action, appointed by Bennett, Giuliano, McDonnell & Perrone, LLP, be and hereby is appointed to serve process of attachment and garnishment in this matter.

Dated: August 11, 2008
       New York, New York

                                                      _____
                                                             U.S.D.C.J.